IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER ) | | |
| ) | | |
| Plaintiff, ) | 8:99CV0315 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PAUL F. SEGER, KAREN M. SEGER,) | | |
| DOUGLAS W. MATSCHULLAT, and ) | | |
| HELEN SUE MATSCHULLAT, ) | | |
| ) | | |
| Plaintiffs, ) | 4:99CV3056 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| TIMOTHY M. GRAY and MARGARET ) | | |
| S. GRAY, ) | | |
| ) | | |
| Plaintiffs, ) | 4:99CV3154 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| LAZY HORSESHOE RANCH, ) | | |
| ) | | |
| Plaintiff, ) | 4:99CV3153 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | ORDER | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

IT IS ORDERED that the parties shall file a joint status report on or before **February 12, 2010,** as to whether these case should be scheduled for trial or whether motions will be filed and they will be submitted on briefs.

DATED this 25th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court