IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER, ) | | |
| ) | | |
| Plaintiff, ) | | 8:99CV0315 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PAUL F. SEGER, KAREN M. SEGER,) | | |
| DOUGLAS W. MATSCHULLAT, and ) | | |
| HELEN SUE MATSCHULLAT, ) | | |
| ) | | |
| Plaintiffs, ) | | 4:99CV3056 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| TIMOTHY M. GRAY and MARGARET ) | | |
| S. GRAY, ) | | |
| ) | | |
| Plaintiffs, ) | | 4:99CV3154 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| LAZY HORSESHOE RANCH, ) | | |
| ) | | |
| Plaintiff, ) | | 4:99CV3153 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the Court on the joint status report of the parties (Filing No. 362 in 8:99CV315; Filing No. 339 in 4:99CV3056; Filing No. 263 in 4:99CV3153; Filing No. 317 in 4:99CV3154).  The Court notes that these cases have now celebrated their tenth birthday.  That is entirely too long.  The Court will grant the request of the parties with the following understanding.  The next report will either advise the Court that these cases have been resolved or will include a schedule for their trial and disposition, which must be accomplished no later than October 1, 2010.  Accordingly,

IT IS ORDERED that the parties shall file a status report on or before May 27, 2010, in accordance with the admonitions above.

DATED this 1st day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court