**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN RE: Attorney Samuel D. Heins  ) | |
| ) | Case No. 4:99CV3056 |
| 2015/2016 BIENNIAL ATTORNEY  ) | Case No. 4:99CV3153 |
| ASSESSMENT  ) | Case No. 4:99CV3154 |
| ) | Case No. 8:99CV315 |

**SHOW CAUSE ORDER**

Pursuant to Nebraska General Rule 1.7(h), the court requires all attorneys enrolled in the bar of this court to pay a biennial assessment; the rule does not apply to attorneys who appear before the court pro hac vice or are employed by the federal government or a state, county, city or local government. The proceeds of this assessment defray the cost of maintaining the role of attorneys admitted to practice before this court, reimburse appointed counsel for reasonable expenses incurred in representing indigent litigants, and fund the Federal Practice Fund.

The clerk's office sent out a notice to all Active/Due and Active/Paid attorneys requesting payment for the 2015/2016 Attorney Assessment; in December of 2015 a second Ex Parte Text Notice [Filing 377] was docketed in each case reminding the attorney to pay the fee; and counsel has received courtesy reminders by the chambers of Senior Judge Lyle E. Strom.

As of this date, Attorney Heins has a pending case(s) in this court and has not paid the 2015/2016 Attorney Assessment. Mr. Heins is directed to pay the $20.00 or show cause why he is unable to pay this fee, on or before **March 18, 2016.**

Dated this 26th day of February 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge