IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CV315 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| PAUL F. SEGER, KAREN M. SEGER, DOUGLAS W. MATSCHULLAT, and HELEN SUE MATSCHULLAT, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:99CV3056 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| TIMOTHY M. GRAY and MARGARET S. GRAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:99CV3154 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| LAZY HORSESHOE RANCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw appearance of Samuel D. Heins as counsel for plaintiffs (Filing No. 402 in 8:99CV315; Filing No. 381 in 4:99CV3056; Filing No. 304 in 4:99CV3153; Filing No. 357 in 4:99CV3154), and motion for leave to withdraw appearance of Stacey L. Mills as counsel for plaintiffs (Filing No. 403 in 8:99CV315; Filing No. 382 in 4:99CV3056; Filing No. 305 in 4:99CV3153; Filing No. 358 in 4:99CV3154). The Court notes that those two attorneys had never entered an appearance in 8:99CV315 and those motions will be denied as moot. Accordingly,

IT IS ORDERED:

1) Filing No. 402 in 8:99CV315 and Filing No. 403 in 8:99CV315 are denied as moot.

2) Filing No. 381 in 4:99CV3056; Filing No. 304 in 4:99CV3153; and Filing No. 357 in 4:99CV3154 are granted. Samual D. Heins is deemed withdrawn, and the clerk of court shall remove his name from CM/ECF.

3) Filing No. 382 in 4:99CV3056; Filing No. 305 in 4:99CV3153; and Filing No. 358 in 4:99CV3154 are granted. Stacey

L. Mills is deemed withdrawn, and the clerk of court shall remove her name from CM/ECF.

DATED this 2nd day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court