IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CV0315 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| PAUL F. SEGER, KAREN M. SEGER, DOUGLAS W. MATSCHULLAT, and HELEN SUE MATSCHULLAT, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:99CV3056 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| TIMOTHY M. GRAY and MARGARET S. GRAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:99CV3154 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| LAZY HORSESHOE RANCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Stuart C. Gillespie to withdraw as counsel of record (Filing No. 420 in 8:99CV315; Filing No. 401 in 4:99CV3056; Filing No. 324 in 4:99CV3153; Filing No. 376 in 4:99CV3154). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that said motions are granted. Stuart C. Gillespie is deemed withdrawn as counsel of record for the United States.

DATED this 1st day of September, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court