IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SCHNEIDER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 8:99CV315<br><br>ORDER |
| PAUL F. SEFER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and<br>RAILS-TO TRAILS, Conservancy,<br><br>    Defendant. | 4:99CV3056<br><br>ORDER |
| LAZY HORSE RANCH, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 4:99CV3154<br><br>ORDER |
| TIMOTHY M. GRAY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 4:99CV3154<br><br>ORDER |

Pursuant to the Court's Order Granting the parties' Joint Motion to Decertify the Class Action and Approving the Parties' Notice Plan (Filing No. 436), this case has now been decertified as a class action and all individual claimants should have been identified. The parties anticipated submitting a detailed case management plan following decertification. (Filing No. 423). Accordingly,

**IT IS ORDERED:**

1. On or before **February 16, 2018**, the parties shall file a status report and detailed case management plan with this court, containing, at a minimum, the following information:
    a. The status of the required declassification notices and any individual claimants that sought joinder;
    b. Whether plaintiffs will request leave to file an amended complaint;
    c. The need for additional discovery;
    d. Anticipated dispositive motion deadlines; and
    e. Readiness to set a trial date(s).
2. Upon the Court's receipt of the status report and detailed case management plan, a planning conference will be set by telephone with the undersigned magistrate judge to discuss case progression through a trial date.

Dated this 26th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge